L. S. STACKHOUSE *v.* MT. GILEAD BAPTIST CHURCH.

[Abstract Kentucky Law Reporter, Vol. 5—424.]

**Dismissal of Appeals.**
> An appeal to the Court of Appeals will be dismissed where the amount in controversy is not sufficient to bring the case within the jurisdiction of either this court or the superior court.

## APPEAL FROM GREEN CIRCUIT COURT.

November 13, 1883.

OPINION BY JUDGE PRYOR:

The amount in controversy is not sufficient to bring the case within the jurisdiction of either this court or the superior court. The judgment sought to be enforced is for $71, and although a lien is asked that fact in no manner controls the question of jurisdiction. There is at least only $71 with the interest involved, and the appeal must therefore be dismissed.

*John W. Lewis, for appellant.*
*Ward & Henry, for appellee.*